UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW HOPKINS,<br><br>      Plaintiff,<br><br>  v.<br><br>HILTON GRAND VACATIONS INC., MARK WANG, BRENDA J. BACON, DAVID W. JOHNSON, MARK LAZARUS, PAMELA PATSLEY, LEONARD A. POTTER, and PAUL W. WHETSELL,<br><br>      Defendants. | **ORDER**<br><br>21 Civ. 3857 (ER) |

RAMOS, D.J.

  On April 30, 2021, Matthew Hopkins. filed a complaint against the defendants. Doc. 1. There has been no further action in this case since the filing of the complaint. Hopkins is therefore directed to submit a status report by January 5, 2022. Failure to comply could result in the Court dismissing the case under Federal Rule of Civil Procedure 4(m).

  It is SO ORDERED.

Dated: December 15, 2021
    New York, New York

                                Edgardo Ramos, U.S.D.J.